IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Jose and Maria Esparza,<br><br>Debtors. | CHAPTER 13 PROCEEDINGS<br><br>Case No. 4:18-bk-11968-SHG<br><br>**ORDER APPROVING STANDARD MODIFICATION TRIAL PERIOD PLAN**<br><br>(Dkt. ___) |

Upon submission of Debtors' *Motion to Approve Standard Modification Trial Period Plan* on December 13, 2018.

IT IS HEREBY ORDERED as follows:

1. Debtors' *Motion to Approve Standard Modification Trial Period Plan* is GRANTED.

2. Debtors and BSI Financial Services are authorized to execute any and all documents necessary to effectuate and implement the terms of the *Standard Modification Trial Period Plan*.

3. Debtors are authorized to increase their Plan payments to $453.96 (the $412.69 Trial Period Plan payment amount plus the 10% Trustee's fee).

4. The Trustee is authorized to disburse Trial Period Plan payments in the amount of $412.69 each month, commencing with the payment due for January 1, 2019 and continuing thereafter

for each successive month until such time as the Court orders otherwise, or the Parties' entry into a permanent Loan Modification Agreement (the "LMA") is approved by this Court.

5. The Trustee shall make each Trial Period Plan payment payable to BSI Financial Services and mail the payment to BSI Financial Services, 314 S. Franklin St., 2nd Floor, PO Box 517, Titusville, PA 16354. The last four digits of the account number to which the Trial Period Plan relates is 5854.

6. Each Trial Period Plan payment shall be considered timely upon receipt by the Trustee, and not upon receipt by BSI.

7. If the Parties subsequently enter into a Final Loan Modification Agreement, a separate Motion to Approve Final Loan Modification Agreement must be filed with the Court.

**DONE AND ORDERED AS SIGNED AND DATED ABOVE**